UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v -                     :    INFORMATION
                                    :
SYED ZAHID ALI,                     :    07 Cr. 422
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - -x

                       ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From in or about June 2004 through in or about October 2004, in the Southern District of New York, SYED ZAHID ALI, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a schedule III controlled substance, to wit, hydrocodone.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D).)


                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney