# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, :

v. :

                                            07 Cr. 422

**SYED ZAHID ALI,** :

                               Judge Robinson

            Defendant. :

---------------------------------x

    **SYED ZAHID ALI,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)((1)(D) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                              _____ 5/16/07
                                                                   Defendant.

                                                                   _____
                                                                   Counsel for Defendant.

Date:  White Plains, New York
         May 16, 2007