UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America

                        ORDER ACCEPTING PLEA ALLOCUTION

                        07 Cr. 422 (SCR)

        v.

Syed Zahid Ali

_____

ROBINSON, J.


      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated June 14, 2007, is approved and accepted.


      The Clerk of the court is directed to enter the plea.


Date: *July 16, 2007*


                             SO ORDERED:

                             _____

                             STEPHEN C. ROBINSON
                             UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____