**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:        (212) 637-2717

*[Stamp: U.S. DISTRICT COURT FILED JAN 15 2008 S.D. OF N.Y.]*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,           SATISFACTION OF JUDGMENT

           Plaintiff,          07 CR 0422 (SCR)
                                0268
      - v. -                 JUDGMENT #: 07,~~0269~~-WP

ZYED ZAHID ALI,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and Zyed Zahid Ali, defendant, for the fine in the amount of $5,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $5,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 2nd day of January 2008.

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York

                          By: _____
                            KATHLEEN A. ZEBROWSKI
                            Assistant United States Attorney

STATE OF NEW YORK)
                ss:
COUNTY OF NEW YORK)

      On the 10th day of January 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

Maria A. Cotto
Notary Public, State of New York
No. 01CO5064894
Qualified in Bronx County
Commission Expires 8/26/2010

*[Handwritten margin note, left side:] Your book Judgment Original J. Michael McMahon, Clerk. 1-15-08 Judgment marked satisfied and entered into money judgment book by: Lorraine Lombardo, Dep. Clerk.*